Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorney for Defendants SZ DJI Technology Co., Ltd., DJI Europe D.V. and DJI Technology Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC<br><br>Plaintiff,<br><br>v.<br><br>SZ DJI TECHNOLOGY CO., LTD., DJI EUROPE D.V., and DJI TECHNOLOGY INC.,<br><br>Defendants. | Case No. 2:18-cv-02210-RGK-AGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:  March 20, 2018<br>Current response date:  April 10, 2018<br>New response date:  May 10, 2018 |

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

1       WHEREAS, Defendant DJI Technology Inc. ("DJI") was served on March 20, 2018;

3       WHEREAS, DJI is presently required to answer or otherwise respond to the Complaint on or before April 10, 2018; and

5       WHEREAS, counsel for DJI and Plaintiff Monument Peak Ventures, LLC ("MPV") have conferred and agreed to a 30-day extension for DJI to answer or otherwise respond to the Complaint on or before May 10, 2018;

      IT IS HEREBY AGREED AND STIPULATED as follows:

1. DJI's deadline for answering or otherwise responding to the Complaint shall be extended by thirty (30) days up through and including May 10, 2018.
2. Because this is DJI's first request to extend time to respond to the Complaint and the stipulation does not extend DJI's time to respond by more than thirty (30) days, "the stipulation need not be approved by the judge." L.R. 8-3.

      IT IS SO STIPULATED.

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

| | | | |
|---|---|---|---|
| DATED: April 9, 2018 | By: | */s/ Guy Ruttenberg* | |

Guy Ruttenberg
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com
*Attorney for Defendants*

| | | | |
|---|---|---|---|
| DATED: April 9, 2018 | By: | */s/ Marc Belloli* | |

Marc Belloli (SBN: 244290)
mbelloli@feinday.com
M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220265)
dalberti@feinday.com
Sal Lim (SBN 211836)
slim@feinday.com
FEINBERG DAY ALBERTI LIM & BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: (650) 618-4360
Facsimile: (650) 618-4368
*Attorneys for Plaintiff*

I, Guy Ruttenberg, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.

*/s/ Guy Ruttenberg*
GUY RUTTENBERG

2
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

# CERTIFICATE OF SERVICE

I certify that I caused to be served counsel of record on April 9, 2018 with STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3) via CM/ECF.

Executed on April 9, 2018 in Los Angeles, California.

By:     */s/ Guy Ruttenberg*
        GUY RUTTENBERG

Marc Belloli (SBN: 244290)
mbelloli@feinday.com
M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220265)
dalberti@feinday.com
Sal Lim (SBN 211836)
slim@feinday.com
FEINBERG DAY ALBERTI LIM & BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: (650) 618-4360