| | |
|---|---|
| BRYAN WILSON (CA SBN 138842)<br>BWilson@mofo.com<br>YUE LI (CA SBN 287280)<br>YLi@mofo.com<br>JACKIE CHENG (CA SBN 307372)<br>jcheng@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California  94304-1018<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br><br>HECTOR G. GALLEGOS<br>(CA SBN 175137)<br>HGallegos@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, California  90017-3543<br>Telephone: 213.892.5200<br>Facsimile: 213.892.5454<br><br>Attorneys for Defendant<br>DJI TECHNOLOGY INC.,<br>SZ DJI TECHNOLOGY, LTD., and<br>DJI EUROPE B.V. | M. ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>DAVID ALBERTI (SBN 220265)<br>dalberti@feinday.com<br>SAL LIM (SBN 211836)<br>slim@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>FEINBERG DAY ALBERTI LIM &<br>BELLOLI LLP<br>1600 El Camino Real, Suite 280<br>Menlo Park, CA 94025<br>Tel: 650.618.4360<br>Fax: 650.618.4368<br><br>Attorneys for Plaintiff<br>MONUMENT PEAK VENTURES,<br>LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SZ DJI TECHNOLOGY, LTD., DJI EUROPE B.V., and DJI TECHNOLOGY INC.,<br><br>Defendants. | Case No. 2:18-cv-02210-RGK-AGR<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. R. Gary Klausner<br><br>Complaint Filed:  March 16, 2018<br>Trial Date:  None Set |

The parties hereby stipulate and agree that the time within which DJI Technology Inc., DJI Europe B.V. and SZ DJI Technology, Ltd. (collectively "the DJI Defendants") may answer or otherwise respond to Plaintiff's First Amended Complaint is hereby extended through and including September 12, 2018.

WHEREAS, Plaintiff Monument Peak Ventures, LLC ("MPV") filed its Original Complaint on March 16, 2018;

WHEREAS, DJI Technology Inc. filed a Motion to Dismiss under Rule 12(b)(6) on May 10, 2018;

WHEREAS, MPV filed a First Amended Complaint on May 31, 2018;

WHEREAS, DJI Technology Inc. is presently required to answer or otherwise respond to the Complaint on or before June 14, 2018;

WHEREAS, counsel for Plaintiff and Defendants have conferred and agreed that the foreign DJI defendants (*i.e.*, DJI Europe B.V. and SZ DJI Technology, Ltd.) shall waive service of summons[1] and that the DJI Defendants shall answer or otherwise respond to the First Amended Complaint by September 12, 2018. Thus, this motion will not cause delay of this action but, rather, to align the DJI Defendants' response deadlines to ensure greater efficiency.

IT IS SO STIPULATED.

---

[1] The DJI Defendants do not waive any potential defenses, including those available under Federal Rule of Civil Procedure 12.

| | | |
|---|---|---|
| Dated: | June 14, 2018 | MORRISON & FOERSTER LLP |
| | | By: */s/ Bryan Wilson* |
| | | Bryan Wilson |
| | | Attorneys for Defendants<br>DJI TECHNOLOGY INC.,<br>SZ DJI TECHNOLOGY, LTD.,<br>DJI EUROPE B.V. |
| Dated: | June 14, 2018 | FEINBERG DAY ALBERTI LIM & BELLOLI LLP |
| | | By: */s/ Marc Belloli* |
| | | Marc Belloli |
| | | Attorneys for Plaintiff<br>MONUMENT PEAK VENTURES |

## ATTESTATION

I, Bryan Wilson, am the ECF User whose ID and Password are being used to file this document. I hereby attest that Marc Belloli concurs in this filing.

*/s/ Bryan Wilson*
Bryan Wilson