# DENIED
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONUMENT PEAK VENTURES, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SZ DJI TECHNOLOGY, LTD., DJI EUROPE B.V., and DJI TECHNOLOGY INC.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-02210-RGK-AGR<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Judge: Hon. R. Gary Klausner<br><br>Complaint Filed: March 16, 2018<br>Trial Date: None Set |

~~Based upon the parties' Joint Stipulation to Extend Deadline to Respond to First Amended Complaint and good cause having been shown,~~

~~IT IS HEREBY ORDERED as follows:~~

~~Defendants DJI Technology Inc., DJI Europe B.V., and SZ DJI Technology, Ltd. shall have up to September 12, 2018 to respond to the First Amended Complaint.~~

THE STIPULATION IS DENIED.

IT IS SO ORDERED.

Dated: June 15, 2018

_____
Hon. R. Gary Klausner
United States District Court Judge

[PROPOSED] ORDER GRANTING STIP. TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. 2:18-cv-02210-RGK-AGR
pa-1849176

1