1   BRYAN WILSON (CA SBN 138842)
    BWilson@mofo.com
2   YUE LI (CA SBN 287280)
    YLi@mofo.com
3   JACKIE CHENG (CA SBN 307372)
    jcheng@mofo.com
4   MORRISON & FOERSTER LLP
    755 Page Mill Road
5   Palo Alto, California  94304-1018
    Telephone: 650.813.5600
6   Facsimile: 650.494.0792

7   HECTOR G. GALLEGOS (CA SBN 175137)
    HGallegos@mofo.com
8   MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
9   Los Angeles, California  90017-3543
    Telephone: 213.892.5200
10  Facsimile: 213.892.5454

11  Attorneys for Defendants
    SZ DJI TECHNOLOGY CO., LTD,
12  DJI EUROPE B.V., and
    DJI TECHNOLOGY, INC.

13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16

| 17 | MONUMENT PEAK VENTURES, LLC, | Case No. 2:18-cv-02210-RGK-AGR |
|---|---|---|
| 18 | Plaintiff, | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS** |
| 19 | v. | |
| 20 | SZ DJI TECHNOLOGY CO., LTD., DJI EUROPE B.V., and | Judge:  Hon. R. Gary Klausner |
| 21 | DJI TECHNOLOGY, INC., | Complaint Filed:  March 16, 2018 |
| 22 | Defendants. | Trial Date:  None Set |

23

24

25

26

27

28

On July 20, 2018, the U.S. Court of Appeals for the Federal Circuit issued *Interval Licensing LLC v. AOL, Inc.* (Case Nos. 2016-2502, -2505, -2506, -2507), a precedential decision which affirmed the district court's opinion granting a motion for judgment on the pleadings regarding patent ineligibility.  The decision, attached as Exhibit A, is pertinent to Defendants' Motion to Dismiss (ECF Nos. 26 and 30).

The Federal Circuit in *Interval Licensing* held that (1) "the recited claims [were] directed to an abstract idea because they consist[ed] of generic and conventional information acquisition and organization steps that [were] connected to, but [did] not convert, the abstract idea . . . into a particular conception of how to carry out that concept" and (2) "the claims [did] not recite any arguably inventive method[.]"  *Interval Licensing LLC v. AOL, Inc.*, Case Nos. 2016-2502, -2505, -2506, -2507, slip. op. at 18-19 (Fed. Cir. July 20, 2018).  In particular, the Federal Circuit noted that the claim at issue "simply demand[ed] the production of a desired result . . . without any limitation on how to produce that result."  *Id.* at 16.  The Federal Circuit further noted that "the patent specification itself ma[de] clear that the instructions limitations [were] generic and cover[ed] established ways to access information, organize information, and then display information."  *Id.* at 17.

Dated:    July 25, 2018                  MORRISON & FOERSTER LLP


By: */s/ Bryan Wilson*
    Bryan Wilson

Attorneys for Defendants
SZ DJI TECHNOLOGY CO.,
LTD., DJI EUROPE B.V., and
DJI TECHNOLOGY, INC.